

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/22/2023
```

**VIA ECF**

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

June 21, 2023

Re:  1:23-cv-03491-AT Bullock v. Old-Growth Again Restoration Forestry, Inc.

Status Letter and Request for Extension of Deadline

Dear Judge Torres:

Plaintiff's counsel submits this letter-motion to seek an extension of the pretrial document and scheduling order submission deadline of June 26th, 2023, (Docket #5). Plaintiff has yet to effectuate service upon the Defendant, and will continue to diligently attempt to. We request a 45 day extension and propose a new date of August 10th, 2023, or a date more convenient to the Court. This is the second time this relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
Attorney for Plaintiff

GRANTED.

SO ORDERED.

Dated: June 22, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge