```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/11/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BULLOCK, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

Old-Growth Again Restoration Forestry, Inc.,

        Defendant.

23 Civ. 3491 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 27, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by June 26, 2023. ECF No. 5. On June 22, 2023, the Court granted Plaintiff's request to extend that deadline to August 10, 2023. ECF No. 9. Those submissions are now overdue. To date, Plaintiff has not filed proof of service on Defendant, and Defendant has not appeared in this action.

    Accordingly, by **September 11, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of his intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: August 11, 2023
       New York, New York

ANALISA TORRES
United States District Judge