```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/28/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BULLOCK, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

Old-Growth Again Restoration Forestry, Inc.,

        Defendant.

23 Civ. 3491 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 27, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by June 26, 2023. ECF No. 5. On June 22, 2023, the Court granted Plaintiff's request to extend that deadline to August 10, 2023. ECF No. 9. On August 11 and September 12, 2023, the Court directed the parties to submit their joint letter and proposed case management plan, or Plaintiff to submit a status letter. ECF Nos. 10–11. Those submissions are now overdue. To date, Plaintiff has not filed proof of service on Defendant, and Defendant has not appeared in this action.

    Accordingly, by **October 30, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiffs shall advise the Court of their intentions with respect to the continuation of this action. Plaintiff is reminded that failure to comply with the Court's orders shall result in dismissal for failure to prosecute. Fed. R. Civ. P. 41(b); *see* ECF No. 11.

    SO ORDERED.

Dated: September 28, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge